| | | |
|---|---|---|
| STATE OF INDIANA | ) | PORTER CIRCUIT/ SUPERIOR COURT |
|  | ) SS: | ROOM _____ |
| COUNTY OF PORTER | ) | _____, INDIANA |

| | |
|---|---|
| BOBBY OAR, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CAUSE NO.: |
|  | ) |
| START FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
|  | ) |
| Defendant. | ) |

**COMPLAINT FOR DAMAGES AND JURY DEMAND**

Comes now the Plaintiff, BOBBY OAR, by counsel, SMITH SERSIC, LLC, and for his cause of action against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, states as follows:

1. That on February 23, 2023, Plaintiff, BOBBY OAR, was operating his vehicle westbound on US 12 and was stopped at a posted stop sign, facing north at the intersection of SR 149 and US 12 in Porter County, Indiana.

2. That on February 23, 2023, Jared Goodman was operating his vehicle westbound along US 12 in Porter County, Indiana.

3. That at said time and place, Jared Goodman was at fault, negligent, reckless, and careless in the operation of his motor vehicle, said acts resulting in his vehicle crashing into a vehicle being driven by John Jelinek, whose vehicle then spun around and collided with the vehicle being operated by the Plaintiff.

4. That as a direct and proximate result of the actions of Jared Goodman, the Plaintiff sustained injuries, some of which may be permanent, incurred medical expenses, and was otherwise damaged.

5. That on February 23, 2023, Jared Goodman was an underinsured motorist.

6. That Jared Goodman tendered his automobile insurance policy limits pursuant to permission from STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. (See correspondence attached hereto as "*Exhibit A*".)

7. That on February 23, 2023, the Plaintiff, BOBBY OAR, was insured by a contract and policy of insurance with STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Policy Number 448 4359-E21-14A, a copy of which is attached hereto as "*Exhibit B*".

8. That said contract and policy of insurance provided for underinsured motorist coverage.

9. That the Plaintiff, BOBBY OAR, has complied with all conditions precedent to said contract and policy of insurance regarding the underinsured motorist coverage.

10. That the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has breached said contract of insurance.

11. That the Plaintiff, BOBBY OAR, has been damaged by the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's, aforesaid breach and failure to properly settle the claim.

WHEREFORE, the Plaintiff, BOBBY OAR, seeks compensatory damages which will reasonably compensate him, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest, and bad faith damages for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's, refusal to pay underinsured motorist coverage, and any other just and proper relief.

Respectfully submitted,

/s/ Steven J. Sersic

Steven J. Sersic, #18151-45
SMITH SERSIC, LLC
*Attorney for Plaintiff*

## JURY DEMAND

Comes now the Plaintiff, by counsel, and demand trial by jury.

/s/ Steven J. Sersic

Steven J. Sersic, #18151-45
SMITH SERSIC, LLC
9301 Calumet Ave., Suite 1 F
Munster, IN 46321
Phone: (219) 933-7600
Fax: (219) 836-2848
Email: ssersic@smithsersic.com
*Attorney for Plaintiff*